162 A.3d 838

**STATE of Maryland**

v.

**SIMMS, Leonard Lee**

**Pet. Docket No. 74, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Reported below: 232 Md.App. 62, 155 A.3d 937.

Petition for writ of certiorari granted. Transferred to the regular docket as No. 19, Sept. Term, 2017.

∎

162 A.3d 838

**WATERMAN FAMILY LTD. P'SHIP**

v.

**BOOMER**

**Pet. Docket No. 61, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Reported below: 232 Md.App. 1, 155 A.3d 901.

Petition for writ of certiorari granted. Transferred to the regular docket as No. 18, Sept. Term, 2017.